*Thursday, December 3, 1992*

## MOTION DOCKET

**92–1755.** Saenz v. Indus. Comm.° *Lucas County,* No. L–91–251. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Lucas County to certify its record. Upon consideration of appellants' motion for stay of execution of judgment,

IT IS ORDERED by the court that said motion for stay of execution of judgment be, and the same is hereby, granted, effective December 1, 1992.

SWEENEY and DOUGLAS, JJ., dissent.

RESNICK, J., not participating.

*Monday, December 7, 1992*

## MOTION DOCKET

**91–2106.** Merrill Lynch, Pierce, Fenner & Smith v. Stark. *Cuyahoga County,* No. 58806. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellants' motion for stay,

IT IS ORDERED by the court that said motion for stay be, and the same is hereby, denied, effective December 2, 1992.

RESNICK, J., dissents.

## MISCELLANEOUS DISMISSALS

**92–2200.** State v. Copley. *Lawrence County,* No. 1965. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Lawrence County and as a claimed appeal as of right from said court and was considered in a manner prescribed by law. On application of appellee, this cause is hereby dismissed for lack of prosecution pursuant to Section 1, Rule II of the Supreme Court Rules of Practice.

*Tuesday, December 8, 1992*

## MERIT DOCKET

**92–2440.** State ex rel. Dayton Bd. of Edn. v. Court of Appeals, Montgomery Cty., Second Appellate Dist. In Mandamus and/or Prohibition. This cause originated in this court on the filing of a complaint for a writ of mandamus and/or prohibition and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court that said writ be, and the same is hereby, denied, effective December 7, 1992.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

## MOTION DOCKET

**87–447.** State v. Henderson. *Hamilton County,* No. C–850557. This cause came on for further consideration upon appellant's motion to stay his execution, now scheduled for January 26, 1993, pending the final disposition by the Ohio courts of his federal constitutional claims raised in his application for delayed reconsideration, filed in the First District Court of Appeals. Upon consideration thereof,

IT IS ORDERED by the court that said motion to stay the execution be, and the same is hereby, granted, effective December 7, 1992.

RESNICK, J., dissents.